UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSIE A. WEYMOUTH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   4:14-CV-5061-WFN<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

The Stipulated Motion for Remand is **GRANTED**. The matter is **REVERSED** and **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED: December 30, 2014

                                      SEAN F. McAVOY
                                      Clerk of Court

                              By: *s/Cheryl Cambensy*
                                      Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**